# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

JOHN ANTHONY CAMINITA AND
DEBRA TAYLOR CAMINITA

VERSUS

JERRY H. ROSENBERG, M.D.

NO.  2019 CW 1703

MAR 1 3 2020

---

In Re:   Jerry H. Rosenberg, M.D., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2019-10062.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT